IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM L. MCVOID, | § | |
| PLAINTIFF, | § | |
| vs. | § | CIVIL ACTION NO. 4:05-CV-00715-A |
| BURLINGTON RESOURCES OIL & GAS COMPANY LP, | § | |
| DEFENDANT. | § | Jury Requested |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure all parties who have appeared in this action stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

**William A. Walsh**
State Bar No. 13321300
LAW OFFICES OF WILLIAM A. WALSH
200 East Tarrant Street
Bowie, Texas 76230
(940) 872-1900 (Telephone)
(940) 872-6552 (Facsimile)

**ATTORNEY FOR PLAINTIFF**
**William L. McVoid**

_____
**Fraser A. McAlpine**
State Bar No. 13321300
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, Texas 77005
713.220.5800  (Telephone)
713.236.0822  (Facsimile)
    and
**Bradley M. Pugh**
State Bar No. 24046663
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
214.969.2800 (Telephone)
214.969.4343 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**Burlington Resources Oil & Gas Company LP**