IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 23 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| WILLIAM L. MCVOID, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:05-CV-00715-A |
| § | |
| BURLINGTON RESOURCES OIL & GAS § | |
| COMPANY, § | |
| § | |
| DEFENDANT. § | Jury Requested |

**FINAL JUDGMENT**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action have stipulated to the dismissal of this action with prejudice. Accordingly, in accordance with Rule 58 of the Federal Rules of Civil Procedure the Court hereby enters a Final Judgment and dismisses Plaintiff's claims with prejudice.

Signed 12/23/05.

JOHN R. MCBRYDE
UNITED STATES DISTRICT JUDGE

**Approved as to Substance and Form:**

_____
**William A. Walsh**
State Bar No. 13321300
LAW OFFICES OF WILLIAM A. WALSH
200 East Tarrant Street
Bowie, Texas 76230
(940) 872-1900 (Telephone)
(940) 872-6552 (Facsimile)

ATTORNEY FOR PLAINTIFF
William L. McVoid

_____
**Fraser A. McAlpine**
State Bar No. 13321300
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, Texas 77005
713.220.5800  (Telephone)
713.236.0822  (Facsimile)
        and
**Bradley M. Pugh**
State Bar No. 24046663
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
214.969.2800 (Telephone)
214.969.4343 (Facsimile)

ATTORNEYS FOR DEFENDANT
Burlington Resources Oil & Gas Company LP